DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOE RILEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2021

[September 27, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Geoffrey D. Cohen, Judge; L.T. Case No. 00-6145CF10A.

Joe Riley, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***